**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NEXTPOWER INC.,

               Plaintiff,

    v.

GAMECHANGE SOLAR CORP.,

             Defendant.

C.A. No. _____

**JURY TRIAL DEMANDED**

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Nextpower Inc. ("Nextpower") hereby alleges as follows:

**THE PARTIES**

1.      Nextpower is incorporated under the laws of the state of Delaware, and has a regular and established place of business at 6200 Paseo Padre Pkwy, Fremont, CA USA 94555.

2.      Upon information and belief, defendant GameChange Solar Corp. ("GameChange" or "Defendant") is a corporation organized under the laws of the state of Delaware with its principal place of business at 230 East Avenue, Suite 100, Norwalk, CT 06855.

**JURISDICTION AND VENUE**

3.      This action arises under the United States patent laws, 35 U.S.C. §§ 101, *et seq*.

4.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant has purposely availed itself of the privilege of conducting activities within this State and judicial District.  For example, Defendant is incorporated in this District.

5.      Upon information and belief, venue is proper in this Court pursuant to 28 U.S.C. § 1400(b) because Defendant is a resident of the state of Delaware through its incorporation under the laws of this state.

1

**FACTUAL BACKGROUND**

6.     Plaintiff Nextpower (formerly, "NEXTracker" or "Nextracker") is a leading global provider of solar and energy technology solutions for utility-scale power plants.  It was founded in 2013 to transform the solar tracking industry with breakthrough technology and exceptional customer service that enables solar technology to be an effective, flexible, and cost-efficient solution for power plants around the world.  Solar trackers adjust the positioning of solar panels or photovoltaic (PV) modules to rotate and follow the sun's movement across the sky and increase the efficiency of their solar power capture.

7.     Of primary importance here, the Patents-in-Suit represent key innovations in solar tracking systems.  Customers have responded quickly and favorably to Nextpower's products.

8.     Nextpower's trackers maximize power output and ensure long-term reliability with comprehensive tracker solutions.  Nextpower's patented tracking platforms are engineered to drive down the Levelized Cost of Energy (LCOE) through a complete system approach, combining energy yield, resilience, intelligent software, and long-term operational efficiency. Further, Nextpower's patented self-powered, independent-row system delivers maximum uptime and output in all conditions, with faster installation and simpler commissioning.  Examples of Nextpower's tracking solutions are shown below:





3



9.      Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 11,411,529, entitled "Self-powered solar tracker apparatus" ("the '529 Patent"), which was duly and legally issued on August 9, 2022.  A true and correct copy of the '529 Patent is attached hereto as Exhibit A.

10.     Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 11,967,921, entitled "Self-powered solar tracker apparatus" ("the '921 Patent"), which was duly and legally issued on April 23, 2024.  A true and correct copy of the '921 Patent is attached hereto as Exhibit B.

11.     Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 12,158,289, entitled "Sensing and feedback for row on sun tracking method and system" ("the '289 Patent"), which was duly and legally issued on December 3, 2024.  A true and correct copy of the '289 Patent is attached hereto as Exhibit C.

12.     Nextpower practices its patented solar tracker technology, including the '529, '921, and '289 patents, with its NX Horizon and TrueCapture products.

13.     Defendant makes, uses, and offers for sale solar tracker products, including the Genius Tracker line of products, which includes without limitation Genius Tracker 1P and

Genius Tracker 2P.  According to Defendant's website, "Genius Tracker systems feature a distributed architecture and a fully powered system with individual row control and table lengths[.]"  Further, the Genius Tracker 1P is described as "GameChange's flagship product."  A true and correct copy of Defendant's website for Genius Tracker is attached as Exhibit D.


Genius Tracker 1P


Genius Tracker 2P

## System Architecture

Genius Tracker systems feature a distributed architecture and a fully powered system with individual row control and table lengths up to 430 ft (132 m). GameChange Solar continues to lead the way in designing resilient solar power systems, ensuring reliable energy production even in the most challenging conditions.



### Pre-Assembled Drive System

40-Year Maintenance-Free Linear Actuator



5

14.     According to Defendant's website, "Genius Tracker combines sensors, weather forecasting, and smart algorithms to increase energy generation."  These software algorithms include GameChange's PowerBoost, SmartStow, and WeatherSmart.



15.     Defendant's Genius Tracker products are also described in detail in publicly available documentation, including technical datasheets and install manuals for Genius Tracker 1P and Genius Tracker 2P.

16.     A true and correct copy of a technical datasheet for Genius Tracker 1P is attached as Exhibit E.



17.    A true and correct copy of an install manual for Genius Tracker 2P is attached as Exhibit F.



18.    As alleged below, Defendant's Genius Tracker products (collectively, "Genius Tracker" or "Accused Products") infringe one or more claims of each of Nextpower's '529, '921, and '289 Patents.

## FIRST CAUSE OF ACTION

## INFRINGEMENT OF U.S. PATENT NO. 11,411,529

19.    The facts and allegations of paragraphs 1-18 are incorporated by reference for this First Cause of Action as though fully set forth herein.

20.    Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 11,411,529, entitled "Self-powered solar tracker apparatus" ("the '529 Patent"), which was duly and legally issued on August 9, 2022.  A true and correct copy of the '529 Patent is attached hereto as Exhibit A.

21.    In violation of 35 U.S.C. § 271, Defendant has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '529 Patent by making, using, offering for sale, selling, and/or importing its Genius Tracker products in the United States, without the authority of Nextpower.

22.    Defendant's Genius Tracker products infringe at least claims 1and 3 of the '529 Patent, as set forth in the accompanying claim chart attached as Exhibit G.

23.    By way of at least this Complaint, Defendant knows of the '529 Patent and performs acts that Defendant knows, or should know, induce and/or contribute to the direct infringement of the '529 Patent.

24.    Despite Defendant's knowledge of the '529 Patent and its ongoing infringement, Defendant has continued to manufacture, use, sell, offer for sale, and/or import the accused Genius Tracker products in a manner that willfully infringes the '529 Patent.

8

25. Nextpower has been irreparably harmed by Defendant's infringement of the '529 Patent and will continue to be harmed unless and until Defendant's infringement is enjoined by this Court.

26. Nextpower has been damaged as a result of Defendant's infringing conduct. Defendant is therefore liable to Nextpower for damages in an amount that adequately compensates for its infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## SECOND CAUSE OF ACTION

### INFRINGEMENT OF U.S. PATENT NO. 11,967,921

27. The facts and allegations of paragraphs 1-26 are incorporated by reference for this Second Cause of Action as though fully set forth herein.

28. Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 11,967,921, entitled "Self-powered solar tracker apparatus" ("the '921 Patent"), which was duly and legally issued on April 23, 2024. A true and correct copy of the '921 Patent is attached hereto as Exhibit B.

29. In violation of 35 U.S.C. § 271, Defendant has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '921 Patent by making, using, offering for sale, selling, and/or importing its Genius Tracker products in the United States, without the authority of Nextpower.

30. Defendant's Genius Tracker products infringe at least claims 9, 10, 11, 12, and 13 of the '921 Patent, as set forth in the accompanying claim chart attached as Exhibit H.

31. By way of at least this Complaint, Defendant knows of the '921 Patent and performs acts that Defendant knows, or should know, induce and/or contribute to the direct infringement of the '921 Patent.

32.    Despite Defendant's knowledge of the '921 Patent and its ongoing infringement, Defendant has continued to manufacture, use, sell, offer for sale, and/or import the accused Genius Tracker products in a manner that willfully infringes the '921 Patent.

33.    Nextpower has been irreparably harmed by Defendant's infringement of the '921 Patent and will continue to be harmed unless and until Defendant's infringement is enjoined by this Court.

34.    Nextpower has been damaged as a result of Defendant's infringing conduct. Defendant is therefore liable to Nextpower for damages in an amount that adequately compensates for its infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**THIRD CAUSE OF ACTION**

**INFRINGEMENT OF U.S. PATENT NO. 12,158,289**

35.    The facts and allegations of paragraphs 1-34 are incorporated by reference for this Third Cause of Action as though fully set forth herein.

36.    Nextpower is now, and has been since its issuance, the assignee and sole owner of all right, title, and interest in United States Patent No. 12,158,289, entitled "Sensing and feedback for row on sun tracking method and system" ("the '289 Patent"), which was duly and legally issued on December 3, 2024.  A true and correct copy of the '289 Patent is attached hereto as Exhibit C.

37.    In violation of 35 U.S.C. § 271, Defendant has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the '289 Patent by making, using, offering for sale, selling, and/or importing its Genius Tracker products in the United States, without the authority of Nextpower.

10

38. Defendant's Genius Tracker products infringe at least claims 1 and 18 of the '289 Patent, as set forth in the accompanying claim chart attached as Exhibit I.

39. By way of at least this Complaint, Defendant knows of the '289 Patent and performs acts that Defendant knows, or should know, induce and/or contribute to the direct infringement of the '289 Patent.

40. Despite Defendant's knowledge of the '289 Patent and its ongoing infringement, Defendant has continued to manufacture, use, sell, offer for sale, and/or import the accused Genius Tracker products in a manner that willfully infringes the '289 Patent.

41. Nextpower has been irreparably harmed by Defendant's infringement of the '289 Patent and will continue to be harmed unless and until Defendant's infringement is enjoined by this Court.

42. Nextpower has been damaged as a result of Defendant's infringing conduct. Defendant is therefore liable to Nextpower for damages in an amount that adequately compensates for its infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### PRAYER FOR RELIEF

(a) Judgment that Defendant infringes the '529 Patent;

(b) Judgment that Defendant infringes the '921 Patent;

(c) Judgment that Defendant infringes the '289 Patent;

(d) Enter an order permanently enjoining Defendant and its officers, agents, employees, attorneys, parent company, and all persons in active concert or participation with any of them, from infringing the '529,'921, and/or '289 Patents;

(e) Award Nextpower damages in an amount sufficient to compensate it for Defendant's infringement of one or more claims of the '529,'921, and/or '289 Patents, together

with pre-judgment and post-judgment interest and costs, and all other damages permitted under 35 U.S.C. § 284;

(f)     Treble the damages awarded to Nextpower under 35 U.S.C. § 284 by reason of Defendant's willful infringement of one or more claims of the '529,'921, and/or '289 Patents;

(g)     An accounting for infringing sales not presented at trial and an award by the Court of additional damages for any such infringing sales;

(h)     Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Nextpower its attorneys' fees, expenses, and costs incurred in this action; and

(i)     Such other and further relief as the Court finds just and proper.

## JURY DEMAND

Plaintiff Nextpower requests trial by jury.

Dated:  June 1, 2026

FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
   Warren K. Mabey, Jr. (#5775)
   222 Delaware Avenue, 17th Floor
   Wilmington, DE  19801
   Telephone: (302) 652-5070
   Email: *mabey@fr.com*

   Frank E. Scherkenbach (*Pro Hac Vice forthcoming*)
   FISH & RICHARDSON P.C.
   One Marina Park Drive
   Boston, MA  02210
   Telephone:  (617) 542-5070
   Email: *scherkenbach@fr.com*

   Michael R. Headley (*Pro Hac Vice forthcoming*)
   Leeron Kalay (*Pro Hac Vice forthcoming*)
   Katherine Prescott (*Pro Hac Vice forthcoming*)
   Claire Chang (*Pro Hac Vice forthcoming*)
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 400
   Redwood City, CA  94063
   Telephone: (650) 839-5070
   Email: *headley@fr.com; kalay@fr.com;
   prescott@fr.com; cchang@fr.com*

   ***Attorneys for Plaintiff
   Nextpower Inc.***

12