# EXHIBIT G

**Claim Chart for U.S. Patent No. 11,411,529**

| Claim | GameChange Accused Functionalities |
|---|---|
| 1. A solar tracker apparatus comprising: | GameChange uses, distributes, sells, and/or offers to sell the Genius Tracker line of products, which includes without limitation Genius Tracker 1P and Genius Tracker 2P (collectively, "Genius Tracker" or "Accused Products"), which infringe, literally or under the doctrine of equivalents, the claimed limitations as presented below.<br><br>The Genius Tracker is a solar tracker apparatus.<br><br><br><br>Genius Tracker 1P High Power Producing & Fast Installing Solar Tracker – Technical Datasheet ("Technical Datasheet") at 1. |



Genius Tracker 2P – 3.0.2 World's Highest Power Producing & Fastest Installing 2P Solar Tracker – Install Manual ("Install Manual") at 7.



https://www.gamechangesolar.com/tracker ("GameChange Website") (solar panel energy source annotated in red; solar module annotated in orange).

| a torque tube defining a single axis of rotation; | The Genius Tracker includes a torque tube defining a single axis of rotation. In particular, the system includes a row tube defining a single axis of rotation.<br><br><br><br>Technical Datasheet at 1 (row tube annotated in green). |
| --- | --- |



Technical Datasheet at 1 (row tube annotated in green).

| 9 | Row Tube | GC565 | Galvanized, G90 or Gatorshield (G120 outside / G60 inside equivalent) |

Install Manual at 4.

Install Manual at 13 (row tube annotated in green).

4

| a plurality of solar modules coupled to the torque tube such that rotation of the torque tube about the single axis of rotation orients the plurality of solar modules; | The Genius Tracker includes a plurality of solar modules coupled to the torque tube such that rotation of the torque tube about the single axis of rotation orients the plurality of solar modules.  Technical Datasheet at 1 (row tube annotated in green; solar module annotated in orange).  Install Manual at 7 (row tube annotated in green; solar modules annotated in orange). |



Install Manual at 27 (row tube annotated in green; solar modules annotated in orange).

| a drive device operably coupled to the torque tube, the drive device configured to rotate the torque tube and the plurality of solar modules about the single axis of rotation; | The Genius Tracker includes a drive device operably coupled to the torque tube, the drive device configured to rotate the torque tube and the plurality of solar modules about the single axis of rotation. In particular, the drive device includes the actuator connected to the drive arm assembly, with the drive arm assembly coupled to the row tube, such that the actuator motion is transmitted to rotate the torque tube and the plurality of solar modules.<br><br><br><br>Technical Datasheet at 1 (row tube annotated in green; drive device annotated in purple). |



The Genius Tracker™ Ground System is a simple, easily installed ground-based solar mounting system. Components are made from galvanized and stainless steel. Slopes up to 7% north to south and 15% east to west are allowable under all normal conditions. For installation requiring slopes in excess of the 7% N-S and 15% E-W, consult with GameChange Engineering.

❶ **CONTROLLER**
24V battery charged by small solar module drives 24V actuator motor, ZigBee® wireless communication

❷ **PREASSEMBLED DRIVE SYSTEM**

 **50% FASTER**
than typical competitor drive systems. One worker lift, no machine required

❸ **SPEEDTABS™**
Up to 40 % higher module install

❹ **ACTUATOR**
Rugged design for harsh environmental climate: IP66 rated

❺ **SELF-LUBRICATING DRIVE BEARING**
Self lubricating open form polymer bearing that improves damping

❻ **SADDLE BRACKET**
Allows efficient alignment with row tube

❼ **DRIVE POST**
Wide Flange

Install Manual at 7 (actuator labeled as "4").

As shown below, the actuator (item 14) is a 24V DC linear actuator that connects to the drive arm assembly (item 12A), which in turn is clamped onto the row tube. Actuation of the linear actuator causes the drive arm assembly to rotate the row tube and solar modules coupled to it about the single axis of rotation.

8



Install Manual at 18 (drive arm assembly labeled as "12A").



Install Manual at 20 (actuator assembly labeled as "14").

9



Install Manual at 20 (showing drive device).

| | |
|---|---|
| a solar panel energy source smaller than each of the plurality of solar modules and configured to power the drive device, the solar panel energy source mounted on the torque tube side by side with one of the plurality of solar modules; | The Genius Tracker includes a solar panel energy source smaller than each of the plurality of solar modules and configured to power the drive device, the solar panel energy source mounted on the torque tube side by side with one of the plurality of solar modules.  In particular, the Genius Tracker includes a charging module that is smaller than the solar modules. |

10



GameChange Website.



Install Manual at 21 (charging module labeled as "15").

12

| | |
|---|---|
| and an electronic module secured to the torque tube, wherein the electronics module and the solar panel energy source are proximate the drive device and between at least two solar modules. | The Genius Tracker includes an electronic module secured to the torque tube, wherein the electronics module and the solar panel energy source are proximate the drive device and between at least two solar modules.  In particular, the Genius Tracker includes a controller assembly.<br><br><br><br>GameChange Website (electronic module annotated in blue; drive device annotated in purple; solar modules annotated in orange). |

13



The Genius Tracker™ Ground System is a simple, easily installed ground-based solar mounting system. Components are made from galvanized and stainless steel. Slopes up to 7% north to south and 15% east to west are allowable under all normal conditions. For installation requiring slopes in excess of the 7% N-S and 15% E-W, consult with GameChange Engineering.

❶ **CONTROLLER**
24V battery charged by small solar module drives 24V actuator motor, ZigBee® wireless communication

❷ **PREASSEMBLED DRIVE SYSTEM**

 **50% FASTER**
than typical competitor drive systems. One worker lift, no machine required

❸ **SPEEDTABS**
Up to 40 % higher module install

❹ **ACTUATOR**
Rugged design for harsh environmental climate: IP66 rated

❺ **SELF-LUBRICATING DRIVE BEARING**
Self lubricating open form polymer bearing that improves damping

❻ **SADDLE BRACKET**
Allows efficient alignment with row tube

❼ **DRIVE POST**
Wide Flange

Install Manual at 7 (controller labeled as "1" and described as including a 24V battery charged by smaller solar module driving a 24V actuator motor).

14



Install Manual at 22 (electronic module annotated in blue; drive device annotated in purple).



Install Manual at 22 (electronic module annotated in blue).

15

| 3. The solar tracker apparatus of claim 1, wherein the solar panel energy source is configured to produce less than 300 Watts. | The Genius Tracker includes a solar panel energy source that is configured to produce less than 300 Watts.<br><br>For example, the Genius Tracker discloses a small solar module that charges a 24V battery that drives a 24V actuator motor.<br><br>**❶ CONTROLLER**<br>24V battery charged by small solar module drives 24V actuator motor, ZigBee® wireless communication<br><br>Install Manual at 7.<br><br>The specifications for the controller are further detailed below.<br><br>**Node Controller**<br><br>| | |<br>|---|---|<br>| Physical dimensions | 9.25" x 9.25" x 6.5" |<br>| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |<br>| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |<br>| Electrical input and output voltage and currents | Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |<br>| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |<br>| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |<br>| Maximum operational load | 7400 lbs. |<br>| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |<br><br>Install Manual at 30 (input from solar module annotated in red). |

The Genius Tracker also discloses a 60 Watt charging panel.



Install Manual at 23 (charging panel annotated in red).

17