# EXHIBIT H

**Claim Chart for U.S. Patent No. 11,967,921**

| Claim | GameChange Accused Functionalities |
|---|---|
| 9. A solar tracker apparatus comprising: | GameChange uses, distributes, sells, and/or offers to sell the Genius Tracker line of products, which includes without limitation Genius Tracker 1P and Genius Tracker 2P (collectively, "Genius Tracker" or "Accused Products"), which infringe, literally or under the doctrine of equivalents, the claimed limitations as presented below. <br><br> The Genius Tracker is a solar tracker apparatus. <br><br> <br><br> Genius Tracker 1P High Power Producing & Fast Installing Solar Tracker – Technical Datasheet ("Technical Datasheet") at 1. |

1

<table>
<tr><td colspan="2">

Genius Tracker 2P – 3.0.2 World's Highest Power Producing & Fastest Installing 2P Solar Tracker – Install Manual ("Install Manual") at 7.</td></tr>
<tr><td>a torque tube defining a single axis of rotation;</td><td>The Genius Tracker includes a torque tube defining a single axis of rotation. In particular, the system includes a row tube defining a single axis of rotation.



Technical Datasheet at 1 (row tube annotated in green).</td></tr>
</table>



Technical Datasheet at 1 (row tube annotated in green).

| 9 | Row Tube | GC565 | Galvanized, G90 or Gatorshield (G120 outside / G60 inside equivalent) |

Install Manual at 4.

Install Manual at 13 (row tube annotated in green).

3

| a plurality of solar modules coupled to the torque tube such that rotation of the torque tube about the single axis of rotation orients the plurality of solar modules; | The Genius Tracker includes a plurality of solar modules coupled to the torque tube such that rotation of the torque tube about the single axis of rotation orients the plurality of solar modules.  Technical Datasheet at 1 (row tube annotated in green; solar module annotated in orange).  Install Manual at 7 (row tube annotated in green; solar modules annotated in orange). |

4



Install Manual at 27 (row tube annotated in green; solar modules annotated in orange).

| a drive device coupled to the torque tube, the drive device configured to rotate the torque tube and the plurality of solar modules about the single axis of rotation; | The Genius Tracker includes a drive device coupled to the torque tube, the drive device configured to rotate the torque tube and the plurality of solar modules about the single axis of rotation. In particular, the drive device includes the actuator connected to the drive arm assembly, with the drive arm assembly coupled to the row tube, such that the actuator motion is transmitted to rotate the torque tube and the plurality of solar modules. <br><br>  <br><br> Technical Datasheet at 1 (row tube annotated in green; drive device annotated in purple). |
| --- | --- |

6



The Genius Tracker™ Ground System is a simple, easily installed ground-based solar mounting system. Components are made from galvanized and stainless steel. Slopes up to 7% north to south and 15% east to west are allowable under all normal conditions. For installation requiring slopes in excess of the 7% N-S and 15% E-W, consult with SameChange Engineering.

**❶ CONTROLLER**
24V battery charged by small solar module strings
24V actuator motor, ZigBee® wireless communication

**❷ PREASSEMBLED DRIVE SYSTEM**

50% FASTER
than typical competitor drive systems
One worker kit, no machine required

**❸ SPEEDTABS™**
Up to 40 % higher module install

**❹ ACTUATOR**
Rugged design for harsh environmental climate
IP66 rated

**❺ SELF-LUBRICATING DRIVE BEARING**
Self Lubricating case form polymer bearing that improves damping

**❻ SADDLE BRACKET**
Allows efficient alignment with row tube

**❼ DRIVE POST**
With Flange

Install Manual at 7 (actuator labeled as "4").

As shown below, the actuator (item 14) is a 24V DC linear actuator that connects to the drive arm assembly (item 12A), which in turn is clamped onto the row tube. Actuation of the linear actuator causes the drive arm assembly to rotate the row tube and solar modules coupled to it about the single axis of rotation.

7



Install Manual at 18 (drive arm assembly labeled as "12A").



Install Manual at 20 (actuator assembly labeled as "14").



Install Manual at 20 (showing drive device).

| a micro-controller controlling the drive device; | The Genius Tracker includes a micro-controller controlling the drive device. In particular, the node controller contains a circuit board with a micro-controller that controls the 24V DC actuator motor. The node controller's circuit board directs power from the battery to the actuator motor in response to commands, thereby controlling the drive device. |
|---|---|

9



Install Manual at 23.

| | |
|---|---|
| an inclinometer measuring a tilt of the plurality of solar modules, the inclinometer being coupled to the micro-controller, the micro-controller configured to control the drive device based on the tilt measured by the inclinometer; | The Genius Tracker includes an inclinometer measuring a tilt of the plurality of solar modules, the inclinometer being coupled to the micro-controller, the micro-controller configured to control the drive device based on the tilt measured by the inclinometer.<br><br>For example, the Genius Tracker includes a node controller module that is an "electronics assembly" with "an integrated battery, charging circuit and accelerometer which is used as an inclinometer."<br><br>

<table>
<tr><td>Master Controller Module</td><td>Master Control Unit which typically controls several hundred tables in an area of the solar plant. On each of the tables is an electronic assemble (Node) which accepts commands from the MCU for angle position. The MCU has a dedicated wind sensor and potentially a snow/water depth sensor.</td></tr>
<tr><td>Node Controller Module</td><td>The electronics assembly hung on each tracker table. This assembly has an integrated battery, charging circuit and accelerometer which is used as an inclinometer. It receives commands from the Master Controller and controls the connected linear actuator to provide tracking control.</td></tr>
</table>

Genius Tracker Modbus and Mesh Network Signaling Guide (Ex. J – "Signaling Guide") at 3.

The node controller modules are "mounted on each solar panel table, and adjust the angle of the tables to track the sun."

11

The Genius Tracker System is composed of the following elements:

- **Node Controller** modules, which are mounted on each solar panel table, and adjust the angle of the tables to track the sun.
- **Master Controller** modules, each of which can connect to up to 250 Node Controllers via a wireless Zigbee mesh network. The Master Controller modules collect information from the Node Controllers and send it to the GeniusHub via an Ethernet connection. The Master Controllers also relay commands from the GeniusHub to the Node Controllers.

Signaling Guide at 4.

## 4.0 Node Controller to Master Controller Signaling

Node Controllers communicate with the Master Controller using an IEEE 802.15.4-based Zigbee wireless mesh network. Up to 250 Node Controllers can communicate with a Master Controller.

Every 30 minutes, the Master Controller collects the status data and current operation status of all of the Node Controllers in its Zigbee mesh network.

Data collected from the Node Controllers includes:

- Table angle readings
- Fault events and alarm codes
- Node actuator motor current readings
- Battery voltage and charging status

Signaling Guide at 6.

12



**Node Controller Simplified Single Line Diagram**

Install Manual at 23.

13

The Genius Tracker also includes a monitoring app that shows metrics including "Angles vs Time."



Genius Tracker Monitoring and Control System Technical Datasheet (Ex. K – "Monitoring and Control System") at 4 (angle monitoring annotated in red).

To the extent this limitation is not literally present, it is nonetheless present under the doctrine of equivalents because the Genius Tracker performs substantially the same function, in substantially the same way, to achieve substantially the same result. The Genius Tracker's own product documentation describes the accused feature as an "accelerometer which is used as an inclinometer." The accused feature: performs the same function as the claimed inclinometer, including measuring the tilt of the solar modules; operates in substantially the same way, including determining angular measurements or orientations; and achieves the same result, including providing a tilt measurement to the micro-controller configured to control the drive device.

| a self-powering energy source configured to power the drive device, the self-powering energy source mounted on a first side of the torque tube; and | The Genius Tracker includes a self-powering energy source configured to power the drive device, the self-powering energy source mounted on a first side of the torque tube.<br><br>For example, the Genius Tracker discloses a small solar module that charges a 24V battery that drives a 24V actuator motor. This is mounted on the first side (specifically, the upper surface) of the row tube.<br><br>**❶ CONTROLLER**<br>24V battery charged by small solar module drives<br>24V actuator motor, ZigBee® wireless communication<br><br>Install Manual at 7.<br><br><br><br>https://www.gamechangesolar.com/tracker ("GameChange Website") (self-powering energy source annotated in red; drive device annotated in purple). |

15

**9.0**  Install Long Charging Module on the Driving Arm on top of 2 Purlins. Mount charging module to purlin using the outboard holes of the charging module.  Attach Long Charging Module onto two Purlins using ¼" bolts and flange nut (See Detail A). **Make sure one of the four bolts used to hold each module frame is a serrated flange star bolt.** Torque Long Charging Module and Purlin hardware to specification.



CHARGING MODULE
MOUNTING HOLES

51.18

16



**SUGGESTED MEANS & METHODS**

10.0   It is recommended that the Long Charging Module and Purlins are preassembled then installed over the Drive Arm Assembly altogether.

10.1   Attach Long Charging Module onto two Purlins using ¼" bolts, star bolt, and flange nut (See Detail A). Torque to spec.

10.2   Attach Preassembled Long Charging Module and Purlin above Driving Arm and Row Tube using 6" flange bolts, Purlin Washer, Purlin Channel Top, Reinforcement Channel, and Purlin Channel Bottom.

10.3   Attach Purlin Channel and Reinforcement Channel together through the Purlin using ⅜" bolts and flange nut. Torque to Spec.

⚠ The charging module must be centered ± ⅛" [0.003 m] over the center post and row tube.

Install Manual at 21 (charging module labeled as "15").

| an electronics module secured to a second side of the torque tube proximate the self-powering energy source. | The Genius Tracker includes an electronics module secured to a second side of the torque tube proximate the self-powering energy source.  In particular, the Genius Tracker includes a node controller that is secured to a second side of the torque tube (specifically, the underside of the row tube) and is proximate the charging module. |
| --- | --- |

17



GameChange Website (electronics module annotated in blue; self-powering energy source annotated in red).



The Genius Tracker™ Ground System is a simple, easily installed ground-based solar mounting system. Components are made from galvanized and stainless steel. Slopes up to 7% north to south and 15% east to west are allowable under all normal conditions. For installation requiring slopes in excess of the 7% N-S and 15% E-W, consult with GameChange Engineering.

**❶ CONTROLLER**
24V battery charged by small solar module drives
24V actuator motor, ZigBee® wireless communication

**❷ PREASSEMBLED DRIVE SYSTEM**

 50% FASTER
than typical competitor drive systems.
One worker lift, no machine required

**❸ SPEEDTABS™**
Up to 40 % higher module install

**❹ ACTUATOR**
Rugged design for harsh environmental climate:
IP66 rated

**❺ SELF-LUBRICATING DRIVE BEARING**
Self lubricating open form polymer bearing
that improves damping

**❻ SADDLE BRACKET**
Allows efficient alignment with row tube

**❼ DRIVE POST**
Wide Flange

Install Manual at 7 (controller labeled as "1" and described as including a 24V battery charged by smaller solar module driving 24V actuator motor).

19



Install Manual at 22 (electronic module annotated in blue).

**11.0**  Install controller assembly using ⅜" U bolts, nuts, and Purlin Channels to attach the Node Controller to the Row Tube.

⚠ **11.1**  Do not carry Node Controller by the cables meant for connection of the controller to the charging module. Doing so will damage the connection to the charging module. If cables are zip-tied or taped, do not removed until installing onto Row Tube and to the Charging Module

⚠ **11.2**  Be sure all nuts are finger-tight then torqued to 10 ft-lbs.

**11.3**  Node Controller shall be centered under the first PV module adjacent to the Wind Break Plate. Make sure controller is installed to the south of the Center Post with cable glands facing the Center Post.



DETAIL A

Install Manual at 22 (electronic module annotated in blue).

20

| 10. The solar tracker of claim 9, wherein the self-powering energy source comprises a solar panel. | The Genius Tracker includes the solar tracker of claim 9, wherein the self-powering energy source comprises a solar panel. The self-powering energy is a solar panel, specifically the charging module. |
| --- | --- |
| | **❶ CONTROLLER**<br>24V battery charged by small solar module drives<br>24V actuator motor, ZigBee® wireless communication<br><br>Install Manual at 7.<br><br><br><br>GameChange Website (self-powering energy source annotated in red). |

21



Install Manual at 21 (charging module labeled as "15").

22

| 11. The solar tracker of claim 10, wherein the solar panel is smaller than each of the plurality of solar modules. | The Genius Tracker includes the solar tracker of claim 10, wherein the solar panel is smaller than each of the plurality of solar modules.<br><br>In particular, the Genius Tracker includes a solar panel that is smaller than the plurality of solar modules.<br><br><br><br>GameChange Website (solar panel energy source annotated in red; solar module annotated in orange). |



Install Manual at 21 (charging module labeled as "15").

| 12. The solar tracker of claim 10, wherein the solar panel is mounted in close proximity with one of the plurality of solar modules. | The Genius Tracker includes the solar tracker of claim 10, wherein the solar panel is mounted in close proximity with one of the plurality of solar modules.<br><br>In particular, the Genius Tracker includes a solar panel that is mounted in close proximity with, including adjacent to, one of the plurality of solar modules.<br><br><br><br>GameChange Website (solar panel energy source annotated in red; solar module annotated in orange). |

25



**9.0** Install Long Charging Module on the Driving Arm on top of 2 Purlins. Mount charging module to purlin using the outboard holes of the charging module. Attach Long Charging Module onto two Purlins using ¼" bolts and flange nut (See Detail A). **Make sure one of the four bolts used to hold each module frame is a serrated flange star bolt.** Torque Long Charging Module and Purlin hardware to specification.

Install Manual at 21 (charging module labeled as "15").

26

| 13. The solar tracker of claim 9, wherein the self-powering energy source is configured to produce less than 300 Watts. | The Genius Tracker includes the solar tracker of claim 9, wherein the self-powering energy source is configured to produce less than 300 Watts.<br><br>The Genius Tracker includes a solar panel energy source that is configured to produce less than 300 Watts.<br><br>**❶ CONTROLLER**<br>24V battery charged by small solar module drives<br>24V actuator motor, ZigBee® wireless communication<br><br>Install Manual at 7.<br><br>The specifications for the controller are further detailed below.<br><br>**Node Controller**<br><br><table><tr><td>Physical dimensions</td><td>9.25" x 9.25" x 6.5"</td></tr><tr><td>Operating temperature</td><td>-20°C (-30°C also available) to +48°C, outdoor</td></tr><tr><td>Storage temperature</td><td>-30°C (for 50%+ SOC) to +60°C, indoor</td></tr><tr><td>Electrical input and output voltage and currents</td><td>Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A.</td></tr><tr><td>Battery type, size, voltage, amp hour rating</td><td>VRLA, 24V DC, 8 Ah</td></tr><tr><td>Communication protocol, frequency</td><td>Wireless 2.4 GHz ZigBee® mesh</td></tr><tr><td>Maximum operational load</td><td>7400 lbs.</td></tr><tr><td>Fuse rating and type</td><td>15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC</td></tr></table><br>Install Manual at 30 (input from solar module annotated in red).<br><br>The Genius Tracker discloses a 60 Watt charging panel, which is less than 300 Watts. |

27



Install Manual at 23 (charging panel annotated in red).

28