# EXHIBIT I

**Claim Chart for U.S. Patent No. 12,158,289**

| Claim | GameChange Accused Functionalities |
|---|---|
| 1. A solar power plant comprising: | GameChange uses, distributes, sells, and/or offers to sell the Genius Tracker line of products, which includes without limitation Genius Tracker 1P and Genius Tracker 2P (collectively, "Genius Tracker" or "Accused Products"), which infringe, literally or under the doctrine of equivalents, the claimed limitations as presented below.<br><br>The Genius Tracker, including as deployed with GameChange's PowerBoost, SmartStow, and WeatherSmart software, constitutes a solar power plant.<br><br><br><br>Genius Tracker 1P High Power Producing & Fast Installing Solar Tracker – Technical Datasheet ("Technical Datasheet") at 1. |

1



Genius Tracker 2P – 3.0.2 World's Highest Power Producing & Fastest Installing 2P Solar Tracker – Install Manual ("Install Manual") at 7.



https://www.gamechangesolar.com/tracker ("GameChange Website").

2

| a solar tracker supporting a plurality of solar modules; | The Genius Tracker comprises a solar tracker supporting a plurality of solar modules<br><br><br><br>Install Manual at 7 (plurality of solar modules annotated in orange). |
| --- | --- |
| a drive device coupled to the solar tracker and configured to rotate the solar tracker about an axis; | The Genius Tracker includes a drive device coupled to the solar tracker and configured to rotate the solar tracker about an axis. In particular, the drive device includes the actuator connected to the drive arm assembly. |

3



Technical Datasheet at 1 (drive device annotated in purple).



The Genius Tracker™ Ground System is a simple, easily installed ground-based solar mounting system. Components are made from galvanized and stainless steel. Slopes up to 7% north to south and 15% east to west are allowable under all normal conditions. For installation requiring slopes in excess of the 7% N-S and 15% E-W, consult with GameChange Engineering.

❶ **CONTROLLER**
24V battery charged by small solar module drives
24V actuator motor, Zigbee® wireless communication

❷ **PREASSEMBLED DRIVE SYSTEM**
**50% FASTER**
than typical competitor drive systems.
One worker lift, no machine required

❸ **SPEEDTABS**
Up to 40 % higher module install

❹ **ACTUATOR**
Rugged design for harsh environmental climate
IP68 rated

❺ **SELF-LUBRICATING DRIVE BEARING**
Self-lubricating open form polymer bearing
that improves damping

❻ **SADDLE BRACKET**
Allows efficient alignment with row tube

❼ **DRIVE POST**
Wide Flange

Install Manual at 7 (actuator labeled as "4").

As shown below, the actuator (item 14) connects to the drive arm assembly (item 12A). Actuation of the linear actuator causes the drive arm assembly to rotate the solar tracker about an axis.

5



Install Manual at 18 (drive arm assembly labeled as "12A").



Install Manual at 20 (actuator assembly labeled as "14").

| | |
|---|---|
| | \n\nInstall Manual at 20 (showing drive device). |
| a power strip supported by the solar tracker and configured to power the drive device; and | The Genius Tracker includes a power strip (e.g., charging module) supported by the solar tracker and configured to power the drive device. |



Install Manual at 7 (describing "24V battery charged by small solar module drives 24V actuator motor").

8



Install Manual at 21 (describing installation of charging module on driving arm).



**Node Controller Simplified Single Line Diagram**

Install Manual at 23.

10

| | |
|---|---|
| a controller in communication with a memory, the memory storing instructions that when executed by the controller cause the controller to: | The Genius Tracker includes a controller in communication with a memory, the memory storing instructions that when executed by the controller cause the controller to perform the recited function. In particular, the node controller operates with input 36-50V DC, output 24V DC motor output, and Wireless 2.4 GHz ZigBee® mesh communication in connection with stored software algorithms, to take as inputs various types of data and act on them accordingly, confirming there is an onboard memory storing instructions to carry out the recited functions.<br><br>**Node Controller Simplified Single Line Diagram**<br><br><br><br>Install Manual at 23. |

## X　SYSTEM SPECIFICATIONS (NODE)

### Node Controller

| | |
|---|---|
| Physical dimensions | 9.25" x 9.25" x 6.5" |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36–50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

Install Manual at 30.

12



GameChange Website.



https://www.gamechangesolar.com/software-and-controls ("GameChange Software and Controls")

**Real-time Monitoring Portal and Web App |** Advanced tracker health monitoring and weather risk mitigation software

The Genius Vision web app is a comprehensive monitoring solution designed to oversee the Genius Tracker systems. It integrates real-time analytics, trend graphs, and diagnostics to inform you about every tracker component's operational status. This software application package displays error messages and flags, helping you address issues promptly. With the Web App, you have the power to send control commands directly to Genius Tracker controllers, ensuring seamless operations. You will benefit from the historical tracker data records and easy export options, making record-keeping and reporting a breeze.

Extend the power of GeniusVision with GeniusVision + Raptor Maps – a combined monitoring and analytics service designed to deliver deeper visibility into tracker performance, faster identification of site issues, and actionable insights that support higher energy yield and operational efficiency.



**Key features are:**

- Advanced, user-friendly monitoring software designed to oversee the Genius Tracker system.
- Accessible from all standard smartphones, tablets, and PCs.
- Provides real-time analysis, trend graphs, and diagnostics.
- Allows manual control of the Genius Tracker controllers for faster and safer O&M of the site.
- Integrated diagnostics systems and troubleshooting suggestions through the Troubleshooting Wizard.

GameChange Software and Controls.

15

### WeatherSmart™ Increases Power Production on Cloudy Days

Tables Stow Flat during overcast days to optimize diffuse irradiance captures

Uses weather forecasting to ensure only active when sky remains cloudy. Avoids large penalty in energy production of being flat when cloud passes

Up to 13% increase in energy production over standard tracking measured on cloudy days, which is up to 1.5% more per year

GCS engineers can provide study using PVSyst to estimate expected increase in energy production for a specific project



WeatherSmart™ boost energy harvest on cloudy days

34 |                                                                    GameChange Solar

Why GameChange presentation (Ex. L – "Why GameChange") at slide 34.

16

| | |
|---|---|
| | <br><br>Why GameChange at slide 35. |
| determine a solar tracker target angle based on a topography of the solar power plant; and | The Genius Tracker includes a controller in communication with a memory, the memory storing instructions that when executed by the controller cause the controller to determine a solar tracker target angle based on a topography of the solar power plant. For example, the Genius Tracker uses "software algorithms" including PowerBoost. |

17



GameChange Website (describing PowerBoost as "smart algorithm [that] optimizes solar plant production during backtracking by eliminating row-to-row shading and dynamically adjusting tracking angles to optimize energy production based on site topography" and "add[ing] up to 5.49% yearly energy gains depending on topography").

18



GameChange Software and Controls (describing PowerBoost algorithm as "automatically adjust[ing] the target tracking angle to optimize energy production based on site topography data").

### I    GENERAL

Please carefully follow this manual to learn how to correctly install the tracker ground system. The GameChange Solar Genius Tracker™ ("Tracker") ground system is engineered and tested to withstand wind and snow loads to specification when installed properly. Failure to precisely follow the install manual and to install properly may decrease the performance of the installation and will void the warranty.

It is highly recommended for installation crews including EPC, installer, foundation installer and surveyor to be trained by GameChange personnel (complete page turn review of install manual and construction drawings, building the golden row) in person or at a minimum via video conference. This is the generic manual and it includes all components utilized in all variations of the Genius Tracker™. Please refer to your particular Project Construction Drawings and bill of materials for the specific components for your system as some components may not be required. Should there be a discrepancy between this install manual and the site-specific project drawings, the project drawings govern.

The tracker ground system has a significant capacity to function on sloping ground. However, the tracker ground system shall not be installed on ground exceeding maximum north-south slopes of 7% (unless specific approved has been obtained from GameChange in which case slopes up to 10% may be permissible) or east-west slope of 10%.

Install Manual at 1 (describing tracker ground system as having significant capacity to function on sloping ground).

19

| output a signal to the drive device to rotate the solar tracker to the solar tracker target angle. | The Genius Tracker includes a controller in communication with a memory, the memory storing instructions that when executed by the controller cause the controller to output a signal to the drive device to rotate the solar tracker to the solar tracker target angle. For example, the Node Controller outputs a 24V DC signal to the actuator, causing the actuator to rotate the tracker to the target angle.<br><br>**Node Controller Simplified Single Line Diagram**<br><br><br><br>Install Manual at 23. |

20

**X    SYSTEM SPECIFICATIONS (NODE)**

### Node Controller

| | |
|---|---|
| Physical dimensions | 9.25" x 9.25" x 6.5" |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36–50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

Install Manual at 30.

21

**Real-time Monitoring Portal and Web App |** Advanced tracker health monitoring and weather risk mitigation software



**Key features are:**

- Advanced, user-friendly monitoring software designed to oversee the Genius Tracker system.

The Genius Vision web app is a comprehensive monitoring solution designed to oversee the Genius Tracker systems. It integrates real-time analytics, trend graphs, and diagnostics to inform you about every tracker component's operational status. This software application package displays error messages and flags, helping you address issues promptly. With the Web App, you have the power to send control commands directly to Genius Tracker controllers, ensuring seamless operations. You will benefit from the historical tracker data records and easy export options, making record-keeping and reporting a breeze.

- Accessible from all standard smartphones, tablets, and PCs.

- Provides real-time analysis, trend graphs, and diagnostics.

- Allows manual control of the Genius Tracker controllers for faster and safer O&M of the site.

- Integrated diagnostics systems and troubleshooting suggestions through the Troubleshooting Wizard.

Extend the power of GeniusVision with GeniusVision + Raptor Maps – a combined monitoring and analytics service designed to deliver deeper visibility into tracker performance, faster identification of site issues, and actionable insights that support higher energy yield and operational efficiency.

GameChange Software and Controls (describing control of Genius Tracker controllers).

22



GameChange Software and Controls.

23



GameChange Website.

| 18. A solar power plant system, the system comprising: | The Genius Tracker, including as deployed with GameChange's PowerBoost, SmartStow, and WeatherSmart software, constitutes a solar power plant system. |
|---|---|



Technical Datasheet at 1.



Install Manual at 7.



GameChange Website.

| a plurality of solar trackers, each of the solar trackers including a plurality of solar modules; | The Genius Tracker includes a plurality of solar trackers, each of the solar trackers including a plurality of solar modules.<br><br><br><br>Install Manual at 7 (plurality of solar modules annotated in orange). |
| --- | --- |

26

| | |
|---|---|
| |  GameChange Website (showing plurality of solar trackers with plurality of solar modules). |
| a tracker controller coupled to each solar tracker; | The Genius Tracker includes a tracker controller (e.g., node controller) coupled to each solar tracker.<br><br>**11.0** Install controller assembly using ⅜" U bolts, nuts, and Purlin Channels to attach the Node Controller to the Row Tube.<br>⚠ **11.1** Do not carry Node Controller by the cables meant for connection of the controller to the charging module. Doing so will damage the connection to the charging module. If cables are zip-tied or taped, do not removed until installing onto Row Tube and to the Charging Module<br>⚠ **11.2** Be sure all nuts are finger-tight then torqued to 10 ft-lbs.<br>**11.3** Node Controller shall be centered under the first PV module adjacent to the Wind Break Plate. Make sure controller is installed to the south of the Center Post with cable glands facing the Center Post.<br><br>Install Manual at 22 (node controller annotated in blue showing coupling to solar tracker). |



Install Manual at 22 (node controller annotated in blue showing coupling to solar tracker).



Install Manual at 23.

29

## X    SYSTEM SPECIFICATIONS (NODE)

### Node Controller

| | |
|---|---|
| Physical dimensions | 9.25" x 9.25" x 6.5" |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

Install Manual at 30.

| | |
|---|---|
| at least one drive device coupled to each of the solar trackers; | The Genius Tracker includes at least one drive device coupled to each of the solar trackers. In particular, the drive device, which includes the actuator connected to the drive arm assembly, is coupled to each of the solar trackers. |

30



Technical Datasheet at 1 (drive device coupled to solar tracker annotated in purple).



Install Manual at 7 (actuator labeled as "4").

As shown below, the actuator (item 14) connects to the drive arm assembly (item 12A). Actuation of the linear actuator causes the drive arm assembly to rotate the solar tracker about an axis.



Install Manual at 18 (drive arm assembly labeled as "12A").

Install Manual at 20 (actuator assembly labeled as "14").



Install Manual at 20 (showing drive device).

| a solar power strip coupled to each solar tracker and configured to supply power to the tracker controller and the at least one drive device; | The Genius Tracker includes a solar power strip (e.g., charging module) coupled to each solar tracker and configured to supply power to the tracker controller and the at least one drive device.  For example, the charging module is coupled to each solar tracker and configured to supply power to the node controller and actuator. |
|---|---|



Install Manual at 7 (describing "24V battery charged by small solar module drives 24V actuator motor").

35



Install Manual at 21 (describing installation of charging module on driving arm).

36

**12.0** Insert Node Controller Fuse (15A) into Node Controller Fuse Holder using a Phillips Head screw driver (Detail A). Tighten Fuse Holder Cap to 7 in-lbs.

⚠ **12.1** Care shall be taken when inserting Node Controller Fuse. Pushing Fuse into Fuse Holder with excessive force will damage Fuse.

**12.2** Plug actuator cable into connector on node controller. When properly connected, an audible click is heard when plugging the Actuator Connector into the Node Controller. Ensure that Actuator connector is securely connected to Node controller.

**12.3** Plug Charging Module wires into mating wires on Node Controller. When properly connected, an audible click is heard when plugging the Charging Module wires into the Node Controller. Ensure that Charging Module wires are securely connected to Controller.

⚠ **12.4** Ensure that Charging Module is connected to Node Controller no later than one hour after inserting the fuse otherwise the batter may drain.

**12.5** Scan Node Controller Barcode using the GCS Web App.

**12.6** Release E-Stop on Node Controller. This may require either a twist or pull motion.

Install Manual at 22.

37



Install Manual at 23.

| an irradiance sensor configured to capture local weather information; | The Genius Tracker includes an irradiance sensor configured to capture local weather information.  Why GameChange at slide 34. |
| --- | --- |



## WeatherSmart™ for NERC (USA) or Equivalent Sites

WeatherSmart increases solar plant generation during cloudy days. Using weather forecast data, cloudy overcast periods trigger an automated stow to optimize production for diffused light conditions.

Requirements

- SCADA to provide VPN to access to the MCU on the local site network to send automated WeatherSmart Stow.
- SCADA provider must build out the ability to read  WeatherSmart active status and set WeatherSmart stow through the Modbus registers.
- SCADA must verify the read/write functionality of WeatherSmart through the SCADA HMI

Validation Requirements

- Monthly Site Power Generation
- Monthly Onsite Irradiance Data

35  |                                                    GameChange Solar

Why GameChange at slide 35.

## Step 9: Master Controller Installation

1.0   Install Pole to mount the Master Unit and associated components in a position where no shading is cast on the arrays. Master Pole shall either be installed in concrete per the install manual or on a standard post and U-Bolts and depicted in Detail A. Master Poles are typically installed 10' [3 m] away from the inverter (see Master Controller Layout sheet for pole locations). Master Unit must also have a clear line of sight to the arrays that it controls (one Master Unit can control around 250 to 275 nodes). Be sure that no obstacles (such as inverters) are in between the Master Unit and its controllers. The order of components to be installed on the Pole starting from the top are: Anemometer and Master Unit. Use Pole Angles and Brackets with U bolts to mount all components. Attach the anemometer 32'-9" [10 m] from grade.

   1.1   It is required to connect the Master Unit to line power. Line power shall be 110V AC (nominal) and the power lines shall be rated for at least a 2 amp draw from the Master Unit. Connect the Line, Neutral, and Ground wires to the 3 prong pigtail coming from the Master Unit enclosure using an outdoor rated 3 prong connector.

   1.2   The Master Controller is equipped with 1" or ½" diameter conduits to enable connectivity for a data acquisition system. Replace the factory installed conduit plug and attached a matching conduit system that complies to UL514B and maintains the NEMA 4X rating of the enclosure. Ethernet cables shall be shielded and must not exceed 90' [27.4 m] for EMC compliance.

Install Manual at 28.

41



Install Manual at 29.



GameChange Software and Controls.

43



GameChange Software and Controls.

To the extent this limitation is not literally present, it is nonetheless present under the doctrine of equivalents because the Genius Tracker performs substantially the same function, in substantially the same way, to achieve substantially the same result. For example, the Genius Tracker's sensor suite, which includes the Snow Sensor (MC109) and cloud-cover detection underlying WeatherSmart, performs the same function (capturing local atmospheric and light-condition data), in the same way (measuring local conditions in real time and transmitting to the Master Controller), and achieving the same result (enabling tracker angle adjustment based on ambient light conditions) as the claimed irradiance sensor. Further, GameChange's own description of WeatherSmart as taking into account cloud cover confirms the system detects reduced irradiance conditions and responds accordingly.

44

| a main controller in communication with each of the tracker controllers, each of the solar power strips, and the irradiance sensor, the main controller configured to: | The Genius Tracker includes a main controller (e.g., master controller) in communication with each of the tracker controllers, each of the solar power strips, and the irradiance sensor.<br><br>**Step 9: Master Controller Installation**<br>1.0  Install Pole to mount the Master Unit and associated components in a position where no shading is cast on the arrays. Master Pole shall either be installed in concrete per the install manual or on a standard post and U-Bolts and depicted in Detail A. Master Poles are typically installed 10' (3 m) away from the inverter (see Master Controller Layout sheet for pole locations). Master Unit must also have a clear line of sight to the arrays that it controls (one Master Unit can control around 250 to 275 nodes). Be sure that no obstacles (such as inverters) are in between the Master Unit and its controllers. The order of components to be installed on the Pole starting from the top are: Anemometer and Master Unit. Use Pole Angles and Brackets with U bolts to mount all components. Attach the anemometer 32'-9" (10 m) from grade.<br>1.1  It is required to connect the Master Unit to line power. Line power shall be 110V AC (nominal) and the power lines shall be rated for at least a 2 amp draw from the Master Unit. Connect the Line, Neutral, and Ground wires to the 3 prong pigtail coming from the Master Unit enclosure using an outdoor rated 3 prong connector.<br>1.2  The Master Controller is equipped with 1" or ½" diameter conduits to enable connectivity for a data acquisition system. Replace the factory installed conduit plug and attached a matching conduit system that complies to UL514B and maintains the NEMA 4X rating of the enclosure. Ethernet cables shall be shielded and must not exceed 90' (27.4 m) for EMC compliance.<br><br>Install Manual at 28. |

45

## X    SYSTEM SPECIFICATIONS (NODE)

### Node Controller

| | |
|---|---|
| Physical dimensions | 9.25" x 9.25" x 6.5" |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

### Master Controller

| | |
|---|---|
| Physical dimensions and weight | 490 x 440 x 245 mm (19.3" x 17.3" x 9.6"), 20.7 kg (45.8 lbs.) |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Master Controller Electrical input and output voltage and currents | Input 90-264V AC single-phase. Current draw at 120V AC: 100 mA typical, 500 mA max. |
| DC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| AC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| Battery type, size, voltage, amp hour rating | VRLA, 12V DC, 35 Ah, 196 x 131 x 167 mm (7.7" x 5.1" x 6.6") |

Install Manual at 30.

46

| gather shading information using the solar power strip; | The Genius Tracker includes a main controller in communication with each of the tracker controllers, each of the solar power strips, and the irradiance sensor, the main controller configured to: gather shading information using the solar power strip (e.g., charging module).  GameChange Software and Controls ("prevents row-to-row shading"). |
|---|---|



GameChange Software and Controls.



Install Manual at 23.

## X    SYSTEM SPECIFICATIONS (NODE)

### Node Controller

| | |
|---|---|
| Physical dimensions | 9.25" x 9.25" x 6.5" |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

### Master Controller

| | |
|---|---|
| Physical dimensions and weight | 490 x 440 x 245 mm (19.3" x 17.3" x 9.6"), 20.7 kg (45.8 lbs.) |
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Master Controller Electrical input and output voltage and currents | Input 90-264V AC single-phase. Current draw at 120V AC: 100 mA typical, 500 mA max. |
| DC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| AC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| Battery type, size, voltage, amp hour rating | VRLA, 12V DC, 35 Ah, 196 x 131 x 167 mm (7.7" x 5.1" x 6.6") |

Install Manual at 30.

50

| receive local weather information from the irradiance sensor; and | The Genius Tracker includes a main controller in communication with each of the tracker controllers, each of the solar power strips, and the irradiance sensor, the main controller configured to: receive local weather information (e.g., an indication of cloud cover) from the irradiance sensor.<br><br><br><br>GameChange Software and Controls. |
|---|---|



On days with thick, long-lasting cloud cover, our WeatherSmart algorithm maximizes energy production by turning modules flat, allowing them to absorb more light when it is scattered through the cloud layer.

GameChange Software and Controls.

## Step 9: Master Controller Installation

**1.0** Install Pole to mount the Master Unit and associated components in a position where no shading is cast on the arrays. Master Pole shall either be installed in concrete per the install manual or on a standard post and U-Bolts and depicted in Detail A. Master Poles are typically installed 10' (3 m) away from the inverter (see Master Controller Layout sheet for pole locations). Master Unit must also have a clear line of sight to the arrays that it controls (one Master Unit can control around 250 to 275 nodes). Be sure that no obstacles (such as inverters) are in between the Master Unit and its controllers. The order of components to be installed on the Pole starting from the top are: Anemometer and Master Unit. Use Pole Angles and Brackets with U bolts to mount all components. Attach the anemometer 32'-9" (10 m) from grade.

**1.1** It is required to connect the Master Unit to line power. Line power shall be 110V AC (nominal) and the power lines shall be rated for at least a 2 amp draw from the Master Unit. Connect the Line, Neutral, and Ground wires to the 3 prong pigtail coming from the Master Unit enclosure using an outdoor rated 3 prong connector.

**1.2** The Master Controller is equipped with 1" or ½" diameter conduits to enable connectivity for a data acquisition system. Replace the factory installed conduit plug and attached a matching conduit system that complies to UL514B and maintains the NEMA 4X rating of the enclosure. Ethernet cables shall be shielded and must not exceed 90' (27.4 m) for EMC compliance.

Install Manual at 28 (identifying "anemometer").

52



Install Manual at 29 (includes snow sensor assembly, wind sensor assembly).

| adjust the angles of the plurality of solar trackers using their respective tracker controllers based on the shading information and the local weather information. | The Genius Tracker includes a main controller in communication with each of the tracker controllers, each of the solar power strips, and the irradiance sensor, the main controller configured to: adjust the angles of the plurality of solar trackers using their respective tracker controllers based on the shading information and the local weather information.<br><br><br><br>GameChange Software and Controls. |



GameChange Software and Controls ("prevents row-to-row shading").

55

GameChange Software and Controls.

## Real-time Monitoring Portal and Web App | Advanced tracker health monitoring and weather risk mitigation software

The Genius Vision web app is a comprehensive monitoring solution designed to oversee the Genius Tracker systems. It integrates real-time analytics, trend graphs, and diagnostics to inform you about every tracker component's operational status. This software application package displays error messages and flags, helping you address issues promptly. With the Web App, you have the power to send control commands directly to Genius Tracker controllers, ensuring seamless operations. You will benefit from the historical tracker data records and easy export options, making record-keeping and reporting a breeze.

Extend the power of GeniusVision with GeniusVision + Raptor Maps – a combined monitoring and analytics service designed to deliver deeper visibility into tracker performance, faster identification of site issues, and actionable insights that support higher energy yield and operational efficiency.



**Key features are:**

- Advanced, user-friendly monitoring software designed to oversee the Genius Tracker system.
- Accessible from all standard smartphones, tablets, and PCs.
- Provides real-time analysis, trend graphs, and diagnostics.
- Allows manual control of the Genius Tracker controllers for faster and safer O&M of the site.
- Integrated diagnostics systems and troubleshooting suggestions through the Troubleshooting Wizard.

GameChange Software and Controls.

56

**Step 9: Master Controller Installation**

1.0    Install Pole to mount the Master Unit and associated components in a position where no shading is cast on the arrays. Master Pole shall either be installed in concrete per the install manual or on a standard post and U-Bolts and depicted in Detail A. Master Poles are typically installed 10' [3 m] away from the inverter (see Master Controller Layout sheet for pole locations). Master Unit must also have a clear line of sight to the arrays that it controls (one Master Unit can control around 250 to 275 nodes). Be sure that no obstacles (such as inverters) are in between the Master Unit and its controllers. The order of components to be installed on the Pole starting from the top are: Anemometer and Master Unit. Use Pole Angles and Brackets with U bolts to mount all components. Attach the anemometer 32'-9" [10 m] from grade.

1.1    It is required to connect the Master Unit to line power. Line power shall be 110V AC (nominal) and the power lines shall be rated for at least a 2 amp draw from the Master Unit. Connect the Line, Neutral, and Ground wires to the 3 prong pigtail coming from the Master Unit enclosure using an outdoor rated 3 prong connector.

1.2    The Master Controller is equipped with 1" or ½" diameter conduits to enable connectivity for a data acquisition system. Replace the factory installed conduit plug and attached a matching conduit system that complies to UL514B and maintains the NEMA 4X rating of the enclosure. Ethernet cables shall be shielded and must not exceed 90' [27.4 m] for EMC compliance.

Install Manual at 28.

57

## X    SYSTEM SPECIFICATIONS (NODE)

### Node Controller

| Physical dimensions | 9.25" x 9.25" x 6.5" |
|---|---|
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Electrical input and output voltage and currents | Input 36-50V DC from solar module. Controller draws < 2A. Output 24V DC motor output. Max 15A. |
| Battery type, size, voltage, amp hour rating | VRLA, 24V DC, 8 Ah |
| Communication protocol, frequency | Wireless 2.4 GHz ZigBee® mesh |
| Maximum operational load | 7400 lbs. |
| Fuse rating and type | 15A, size 3AG (1.25" x 0.25" cartridge type), min. 125V AC/ 30V DC |

### Master Controller

| Physical dimensions and weight | 490 x 440 x 245 mm (19.3" x 17.3" x 9.6"), 20.7 kg (45.8 lbs.) |
|---|---|
| Operating temperature | -20°C (-30°C also available) to +48°C, outdoor |
| Storage temperature | -30°C (for 50%+ SOC) to +60°C, indoor |
| Master Controller Electrical input and output voltage and currents | Input 90-264V AC single-phase. Current draw at 120V AC: 100 mA typical, 500 mA max. |
| DC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| AC Fuse rating and type | 3A, size 3AG (1.25" x 0.25" cartridge type), min 250V AC |
| Battery type, size, voltage, amp hour rating | VRLA, 12V DC, 35 Ah, 196 x 131 x 167 mm (7.7" x 5.1" x 6.6") |

Install Manual at 30.

58